MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 3, 2023

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4-4-23__

Re:    *United States v. Michael Buffoleno*, 22 Cr. 642 (ALC)

Dear Judge Carter:

I write without objection from the Government to respectfully request a 60-day adjournment of the conference presently scheduled for April 11, 2023 in the above-captioned case. Additional time will allow me to continue reviewing discovery with Mr. Buffoleno and to speak with the Government about the possibility of a pretrial disposition in this matter. For those reasons, Mr. Buffoleno consents to the exclusion of time under the Speedy Trial Act until the next conference date set by the Court.

This is the first request by any party for an adjournment in this case. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917.751.2050

cc:    counsel of record

*The application is granted. The status conference is adjourned to 6-11-23 at 12 p.m. Time excluded from 4-11-23 to 6-11-23 in the interest of justice. So Ordered.*

*Andrew L. Carter*
4-4-23