```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-5-23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

UNITED STATES OF AMERICA,

                                -against-

Michael Buffoleno,

                Defendants.,
----------------------------------------------------------X

22 Cr. 642 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The June 11, 2023 status conference is adjourned to **June 13, 2023** at **12:00 p.m.**

    It is ORDERED: the time from June 11, 2023 through June 13, 2023 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
         April 5, 2023

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE