U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___9/6/23___

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Michael Buffoleno et al.*, S1 22 Cr. 642 (ALC)

Dear Judge Carter:

The Government respectfully respects to adjourn the conference scheduled in the above-captioned case from September 7, 2023 to September 12, 2023, such that both defendant Buffoleno and newly-charged defendant Sorce can be present to be arraigned on the superseding indictment. Counsel for both defendants consent to the adjournment.

The Government respectfully requests an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), between September 7, 2023 and September 12, 2023. An exclusion is in the interest of justice because it will allow the defendant time to review discovery and for the parties to discuss a potential disposition for this case. Defendant Buffoleno consents to the exclusion; defendant Sorce, for whom time has not begun to run, similarly consents.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     ___/s/_____
Matthew R. Shahabian
Katherine Cheng
Assistant United States Attorneys
(212) 637-1046/-2492

The application is **GRANTED**.  The status conference is adjourned to 9/12/23 at 3 p.m.  Time excluded from 9/7/23 to 9/12/23 in the interest of justice.
So Ordered.                                                        9/6/23