USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-6-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :   UNSEALING ORDER
                                  :
        - v. -                    :   22 Cr. 642
                                  :
MICHAEL BUFFOLENO,                :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Matthew R. Shahabian and Katherine Cheng;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED

Dated:  New York, New York
        September 6, 2023

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE