**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 1, 2023

**By ECF and Email**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/3/23

Re: *United States v. Michael Buffoleno*, 22 Cr. 642 (ALC)

Dear Judge Carter:

I write without objection from the Government to respectfully request a one-month adjournment of the conference presently scheduled for November 14, 2023 in the above-captioned case. The parties are engaged in meaningful efforts to reach a pretrial resolution. Additional time is necessary for me to continue reviewing discovery and discussing the nature of a pretrial resolution with Mr. Buffoleno. Mr. Buffoleno therefore consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the next conference date set by the Court.

This is Mr. Buffoleno's third request for an adjournment in this case. Both of his prior requests—one of which was necessitated by Mr. Buffoleno's serious health issues—were granted. As noted, the Government does not object to Mr. Buffoleno's instant request for an adjournment to facilitate the parties' efforts at a pretrial disposition.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917.751.2050

cc: counsel of record

The application is **GRANTED**. The status conference is adjourned to 12/14/23 at 12:00 p.m. Time excluded from 11/14/23 to 12/14/23 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
11/3/23