USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-19-23_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

MICHAEL BUFFOLENO,

                Defendant.

---------------------------------------------------------------- x

22 CR 642 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **December 20, 2023** at **2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            December 19, 2023

                                            */s/ Andrew L. Carter, Jr.*
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**