```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-19-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

     -against-                              22-CR-642 (ALC)

MICHAEL BUFFOLENO,                **ORDER**

                      Defendant.

-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

     The Change of Plea Hearing scheduled for December 20, 2023 is adjourned to January 4, 2024 at 3:30 p.m.

SO ORDERED.

Dated:     New York, New York
            December 19, 2023

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge