# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 23, 2024

**By ECF and Email**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/23/24

Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Michael Buffoleno*, 22 Cr. 642 (ALC)

Dear Judge Carter:

    I write without objection from the Government or Pretrial to respectfully request a temporary bail modification for Michael Buffoleno, allowing for his travel to the Southern District of Florida from February 2 to February 11, 2024.

    Mr. Buffoleno was arrested on December 1, 2022 and released that same day on a consent bail package with conditions including travel restricted to the Southern and Eastern Districts of New York. ECF No. 5. Since then, he has had no issues on pretrial supervision and has traveled to the Southern District of Florida without incident. He is hoping to travel to the Fort Lauderdale area again next month, from February 2 to February 11, for vacation with his husband and two of his grandchildren. We have provided the Government and Pretrial with the details of his trip, and neither has any objection.

    Thank you for your consideration of this request.

    Respectfully submitted,

    /s/ Ariel Werner
    Ariel Werner
    Assistant Federal Defender
    917-751-2050

The application is **GRANTED**.
So Ordered.

*[Signed] Andrew L. Carter* 1/23/24